# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO.: 3:04CR234-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>LORENZA CLARK, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on its own Motion to Amend Judgment. It has come to the Court's attention that various errors were made on Defendant's Judgment, which was filed March 23, 2006.

**IT IS, THEREFORE, ORDERED** that the Clerk shall amend Defendant's "Judgment in a Criminal Case" as follows:

1. On page one (1) under the heading, "United States District Court For The Western District of North Carolina," the clerk shall amend the caption to read, "United States of America v. Lorenza Clark."

2. On page two (2), under the heading "Imprisonment," after the words, "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of . . ." the clerk shall delete the remainder of that line and insert, "Counts 1-3: Time Served."

The Clerk is directed to send a copy of this Order to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal Service.

Signed: May 15, 2006

_____
Richard L. Voorhees
Chief United States District Judge